SEBASTIANA CARUSO, as Administratrix, etc., of CARMELO CARUSO, Deceased, Appellant, v. STEAMSHIP TERMINAL OPERATING COMPANY and DOLLAR STEAMSHIP LINE, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

COLD SPRING LIGHT, HEAT AND POWER COMPANY, Appellant, v. CHARLES M. SELLECK and Others. VILLAGE TRUSTEES OF THE VILLAGE OF COLD SPRING, Respondents. (Actions Nos. 1 and 2.)— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of MARY GURETSKI, Respondent, v. BERNARD KREZMINSKI, Appellant.— Motion to vacate dismissal of appeal and to reinstate appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

WILLIAM N. CRAIG, Respondent, v. THE HICKOK MUSIC COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

CURTISS GARDENS, INC., Respondent, Appellant, v. DAVID KAUFMAN and JAMES FYFE, Appellants, Respondents, and DADE BROS. MANUFACTURING CO., INC., and Others, Defendants.— Motion for stay granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

CURTISS GARDENS, INC., Respondent, Appellant, v. DAVID KAUFMAN and JAMES FYFE, Appellants, Respondents, and DADE BROS. MANUFACTURING CO., INC., and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

FRANK D'AMORE, Appellant, v. THE SWEDISH AUGUSTANA HOME FOR THE AGED and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

DANN REALTY CORPORATION, Appellant, v. ROSE SORITZKY, Respondent. SERVICE BOND AND MORTGAGE CORPORATION and JOHN L. DANZILO, Appellants.— Motion to dismiss appeal denied upon condition that the appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ALFRED EKELMAN, Respondent, v. GERARDO MARANO and Another, Defendants. G. MARANO REALTY CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ALFRED FANTL, Respondent, v. BARON BROS., INC., etc., and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

FRANKLIN SHOPS, INC., Respondent, v. S. WYMAN STEELE and CORINNE STEELE, Appellants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down)